Dismissed and Memorandum Opinion filed August 28, 2003









Dismissed and Memorandum Opinion filed August 28,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00238-CV

____________

 

APRIL MERLE GREMILLION, Appellant

 

V.

 

THOMAS H. BROADWAY and KIMBERLY S.
BROADWAY, Appellees

 



 

On Appeal from the County Civil
Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 732,913

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 4,
2003.  On August 18, 2003, appellant
filed a motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 28, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.